| | |
|---|---|
| JESSICA REINEKE, | Civil No. 09-2900 (JRT/JSM) |
| Plaintiff, | |
| v. | |
| | **ORDER FOR DISMISSAL** |
| GRACE SENIOR SERVICES, INC., | |
| Defendant. | |

_____

Kenneth White, **LAW OFFICE OF KENNETH R. WHITE**, 325 South Broad Street, Suite 203, Mankato, MN 56001, for plaintiff.

Beth Serrill and Julia Ketcham Corbett, **BLETHEN GAGE & KRAUSE, PLLP,** Post Office Box 3049, Mankato, MN 56002, for defendant.


This matter is before the Court on the Stipulation of Dismissal with Prejudice filed by the parties on April 13, 2010 [Docket No. 10].

**IT IS HEREBY ORDERED** that the above-entitled action is hereby dismissed on its merits and without costs or disbursements.


DATED: April 16, 2010
at Minneapolis, Minnesota.                         s/ John R. Tunheim
                                                                  JOHN R. TUNHEIM
                                                             United States District Judge